# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-12140-AMC |
| Yisentrum L. Carter, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I, Michael A. Cibik, certify that on May 15, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: May 15, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee (TBD)**

**Method of Service: First Class Mail**

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Tdrcs/Yard Card**
c/o TD Retail Card Services
Attn: Bankruptcy
PO Box 100114
Columbia, SC 29202-3114

**Demetrios Tsarouhis**
21 S 9th St Ste 200
Allentown, PA 18102-4861

**Velocity Investments, LLC**
Attn: Bankruptcy
P.O. Box 788
Wall, NJ 07719

**Verizon**
c/o American InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901